**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case is not related to the case assigned to me.

**C 01-03044 MMC**    **Wheeler v. City of Oakland, et al.**

**C 05-00647 SBA**    **Wheeler, et al., v. City of Oakland, et al.**

Dated: July 12, 2005    /s/ Maxine M. Chesney
                       District Judge Maxine M. Chesney