IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN WHEELER, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

_____/

No. C 05-0647 SBA

**ORDER TO SHOW CAUSE RE DISMISSAL OF CERTAIN DEFENDANTS**

On February 11, 2005, defendant City of Oakland filed a Notice of Removal, thereby removing the above-captioned action to this Court. Also on February 11, 2005, this Court scheduled the initial Case Management Conference to take place on June 15, 2005.

On May 27, 2005, Plaintiffs filed a Motion for Entry of Default as to defendants Brookfield Homeowners Association and Wiley Williams. On May 31, 2005, the Clerk of Court declined to enter default.

On June 6, 2005, Plaintiffs and the City of Oakland filed a Joint Case Management Conference Statement.

On June 7, 2005, Plaintiffs filed a renewed Motion for Entry of Default as to defendants Brookfield Homeowners Association and Wiley Williams. On June 8, 2005, the Clerk of Court entered default against Brookfield Homeowners Association and Wiley Williams. However, after default was entered, Plaintiffs never filed a motion for default judgment. Accordingly, Brookfield Homeowners Association and Wiley Williams remain in the case.

On June 15, 2005, the Court held a Case Management Conference. On July 29, 2005, the Court issued its Order for Pretrial Preparation ("Pretrial Order"). Pursuant to the Pretrial Order, this case is scheduled to proceed to trial on June 26, 2006.

Since the Pretrial Order was filed on July 29, 2005, there has been no further activity in this case, however, with the exception of the fact that Plaintiffs' counsel filed a Notice of Change of Address on September 6, 2005. Further, defendants Ronald Abad, David Carrillo, Richard Fielding, James Fisher, Dave Kozicki, Isaac Wilson, Isagani Pugao, Arlene M. Rosen, and Calvin Wong have not yet appeared in the action, and Plaintiffs have not filed any proofs of service with the Court showing that the aforementioned defendants were timely served pursuant to Federal Rule of Civil Procedure 4.

Accordingly,

IT IS HEREBY ORDERED THAT:

(1) Plaintiffs shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **February 23, 2006, at 4:00 p.m.** to show cause why this case should not be dismissed as to defendants Ronald Abad, David Carrillo, Richard Fielding, James Fisher, Dave Kozicki, Isaac Wilson, Isagani Pugao, Arlene M. Rosen, Calvin Wong, Brookfield Homeowners Association, and Wiley Williams for lack of prosecution and/or why sanction should not issue.

(2) At least ten (10) days prior to the date specified for the court appearance, Plaintiffs or Plaintiffs' counsel of record must file a Certificate of Counsel with the Clerk of the Court to explain why the case should or should not be dismissed as to defendants Ronald Abad, David Carrillo, Richard Fielding, James Fisher, Dave Kozicki, Isaac Wilson, Isagani Pugao, Arlene M. Rosen, and Calvin Wong and why sanctions should or should not be imposed for lack of prosecution. The Certificate shall set forth the nature of the case, its present status, the reason why defendants Ronald Abad, David Carrillo, Richard Fielding, James Fisher, Dave Kozicki, Isaac Wilson, Isagani Pugao, Arlene M. Rosen, and Calvin Wong have not been served, the reason why Plaintiffs have not timely moved for default judgment against defendants Brookfield Homeowners Association and Wiley Williams, any basis for opposition to dismissal by any party, and the expected course of this action

against the aforementioned defendants if not dismissed.

(3) Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION AS TO THE DEFENDANTS SPECIFICALLY REFERENCED HEREIN.

IT IS SO ORDERED.

Dated: 1/30/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge