IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. WHEELER, ET AL. | No. C 05-647 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 70] |
| CITY OF OAKLAND, ET AL., | |
| Defendants. | |

Counsel for Plaintiffs has submitted the Ex Parte Application for Order Shortening Time to Hear Motion to Withdraw as Plaintiffs' Counsel of Record ("Ex Parte Application"), requesting that his motion to withdraw as counsel for Plaintiffs be heard on the same day as Plaintiffs' Motion for Default Judgment, which was scheduled for hearing on September 19, 2006, at 1:00 p.m. Because Plaintiffs' Motion for Default Judgment was referred to a magistrate judge and the hearing scheduled for September 19, 2006, was vacated,

IT IS HEREBY ORDERED THAT the Ex Parte Application is DENIED.

IT IS SO ORDERED.

Dated: 9/20/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge